CAUSE NO. CR 18,957

40,256-19

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

JAMES ERIC LOFTEN
VS.
LIBERTY COUNTY JUDICIARY

## ORDER ON MOTION FOR CONTEMPT / Default Judgment BY COURT

Petitioner JAMES ERIC Loften moves this Court To enter A Contempt- and Default Judgment, Against, L. Pickett, J. WARREN, M. Poston, Judge CAIN, M. Morefield for Failure to ANSWER, defend MY ART. 11.07 PLACED IN PRISON mail SYSTEM MAY 06, 2015 AM 18,957, Convicted Nov 21, 2013 At 75th District Court Room.

Petitioner Also Request Contemp- de Fault Judgment Entered Against, S. C. TAYLOR, He Refused, Failed, to Attach A Copy of Petitioner's ART. 11.07 Petition mailed MAY 06, 2015 Am with 1-18 Pages attached, with EXHIBHS A, B, C, D, The Fabricated WARRANTS Dated 4-18-2012 SIGNED At 8:30 PM, when Petitioner WAS NOT INSide The STATE OF TEXAS, AND SINCE APRIL 18, 2012 7AM At Boyd Racing, L.L.C. CASINO Intil APRIL 19, 2012, Also the Fabricated Return Dated MAY 01, 2012 SiGNed BY Suppose to be CAIN, FAIRCHILD, PETITIONER IS UNSURE what ART. 11.07 TAYLOR IS Waiving Reply, That IS Another Reason For A, CONTEMPT, MY ART. 11.07 WAS Filed MAY 06, 2015 Am, TAYLOR Claim He Got 7-30-2015, And Then He has 253Rd, It Should Be 75th, I

James Eric Loften

VS.

Liberty County Judiciary

75th District Court

OF

Liberty County,TEXAS

Order of Contempt/ Default Judgment,Objection
States waiver of notice of Habeas corpus,by Stephen Taylor

Comes now,Petitioner,files said order under Fed.R.Civ.PROC.70(a)(c)(d)
(e),U.S.V.Underwood 880 F.2d 612,618,The state of Texas failed to
comply with code of crim.proc.Art.11.07,out of malice,conspiracy,under
Racketeer Influenced and Corrupt Organization Act,18 u.s.c.§§ 1961-1968.
in violation of Wire Fraud,Mail Fraud,18 u.s.c.§ 1343,through,42 u.s.c.
§§ 1981-1982,42 u.s.c.§ 1985(2)(3),42 u.s.c.§ 1986,with and through
TDCJ-ID Prison mail system,

Petitioner ,on May06,2015,placed Art. 11.07 writ of habeas corpus for
No.18,957 ,seeking relief from a unlawful conviction Nov 21,2013,at 75th
District court,by Jury trial,by Judge Morefield,in an unlawful
enhancement of cr 29858,petitioner is innocence of both cr 29858,and
no.18,957,May06,2015 am,within 1 year of discovering the new evidence,
withheld from April 18,2012,intil May06,2014 pm,Petitioner placed my
ART.11.07,FOR the fabricated,by fraud,false evidence,used in the
enhancement trial of NO.18,957 AT 75th court,Nov 21,2013,petitioner
attached to the ART.11.07 form,18 pages to the form filed May06,2015am,
pages 30-36 was the Exhibits withheld,by the state of Texas,and my
Trial attorney,Jed Silverman,and THE Appeal attorney, Alvin N.Saenz,
who was appointed by the state of Texas.Morefield,when he and Jed
Silverman,conspired,and Morefield,let J.Silverman,get off my appeal,
petitioner paid him $27,000 to appeal.

Petitioner presented a significance show of convincing actual innocence
claim,May06,2015 within the Art.11.07,placed in prison mail system on
May06,2015,each exhibit's A,B,AND D,PAGES,17-18,told the court,what
the exhibit where,and how they show my actual innocence,and how
petitioner was set up by the state of Texas both April 18,2012 8:30 pm
when petitioner was not inside The State of Texas,and at Boyd Racing,
L.L.C.Casino from 7pm april 18,2012,intil after 5:am,now April 19,2012
making it impossible, For Liberty city police,to set up a control buy
at 2412grand ave Liberty,Tx77575,that a (ci) gave petitioner mark BUY
Money at 2412 grand ave liberty,Tx,and that petitioner gave this (ci)
crack cocaine,the fabricated Arrest warrant,signed at 8:30pm on 4/18/2012,

FILED AUG 10, 2015 AM 2 OF 6 PGS DOCUMENT #3 18,957

It would have been impossibe,for Liberty city police,Fairchild,B.Miller, E.Taylor to have observed that,or impossible under the laws of nature for that occurrence to have taken place at all,United States V.Haoh,162 F.3d 937,942 n.1,United States V.Mckenzie,766 F.2d 602,605,No time stated within the fabricated Affidavit dated April 18,2012,signed at *8:30pm,Heredia V.State 468 s.w.2d 833 -34,State v.McLain,340 s.w.3d 180,183(2010),IN THIS CASE, there was no date or time,when the control buy suppose to have happen, the only date is April 18,2012,the only time is at*8:30pm when cant signed this fabricated Arrest warrant,search warrant.Since 7pm April 18, 2012,Petitioner had been out of theState of Texas and at BOYD Racing,L.L.C. AT Vinton,LA,A 3 HOUR drive from Liberty,Tx,Therefore ,Petitioner could not have been in possession any drugs,Nor did they have Probable cause April 18,2012,nor did they secure that crime scene,when Petitioner,return back to Texas,inwhich they got my brother to make the call to petitioner 4/18/2012 while at casino,which got petitioner back to Texas,on 4/19/ 2012, arrested at FM 160 & Cormier st.Ames,Tx,They had no probable cause to stop,search me,the truck at Cormier st.Ames,Tx,they had no probable cause,to remove the Tahoe from Cormier st.ames,Tx,to 2412 grand AVE,Liberty Tx on April 19,2012,

Petitioner filed my ART.11.07 MAY06,2015,Herrera V.Collins,506 u.s.390, 404-405,1135.Ct.853,1222 L.Ed.2d203(1993),Murray V.Carrier,106 S.Ct.2639, see 28 u.s.c.§2244(d),petitioner discovered new evidence May06,2014,and filed my Art.11.07 on May06,2015 am,where the ongoing conspiracy is still active,where the state of Texas,ordered TDCJ-ID to steal,delay my out-going mail to all courts,

IN this case,it took Liberty county 85 days to file my Artt.11.07,it is my belief,from May06,2015am,up to July 30,2015,my Art.11.07 with attached pages,and exhibits has been removed,changed,the state court out of malice,within 15 days-35days,failed to respond to the ARt.11.07, nor ,out of malice,they refused to attached the ART.11.07 TO the return, are waiver of Notice,Petitioner have not recieved by certified mail the Application back from Liberty county,on Aug05,2015,petitioner got a states waiver of notice,it was not by certified mail,my Art.11.07 was not attached,the petition filed May06,2015 am,The notice has NO.CR 18,957- A,IT should not be assigned the Letter- A! AND IT SHOULD NOT be filed 253rd court,it should be 75th court,conviction of 99 years,Petitioner request a contempt of court,and a Default Judgment,Fed.R.Civ.Proc.55(a)(b) (2),seeJones V.Bock,549 U.S.199,212-213,221-24,127 S.Ct.910(2007)The court said that the lower courts should not interpret the PLAR exhaustion requirements to depart from the usual practice under the Fed.R.Civ.Proc.

2 OF 6

Or accepted litigation practice,except to the extent that the PLAR actually says to do so.Accord Miller V.Donald,541 f3d 1091,1099(2009,Both default an contempt judgments are part of the usual litigation practice under rule 55,70,Fed.R.Civ.Proc;and plar does not specifically mention default judgements,the court can still grant one,The PLAR does not affect the courts contempt power,See Essex County Jail Inmates V.Treffinger,18 F. Supp.2d 445,462,see Rivas,687 f3d at 547,N.42,in this Case,Petitioner is set up,out of malice,when petitioner,was not in the State of Texas since 7pm april 18,2012,up to 5:am,now April 19,2012,Petitioner trial,was set off 19 months before trial,which started Nov 19,2013,convicted Nov 21,2013, New evidence discovered durning the appeal,No.09-13-00543-cr 29858,linked to no.18,957,see Holland V.Florida,560 u.s.130 S.Ct.2549,177L.ed.2d 130 (2010),the state of Texas knew petitioner was innocence,and that petitioner, was infact,not at 2412 grand ave Liberty,TX,THEY knew,they had no legal search warrant,Johnson V.State,803 s.w.2d 272,even,if they could prove they did a  control buy before petitioner left Texas on April 18,2012,they had no legal search warrant,to enter 2412 grand ave Liberty,TX,WITHIN THE 3-4PMHOUR ON April 18,2012,Crider V.State,352 s.w.3d 704-707(2011) see Schmidt V.State,659 s.w.2d 420,421,The evidence show,the state of Texas, made a  unlawful,illicit entry, In re Haas,48 F.3d 1153,in violation of petitioner 4th,5th,14th  U.S.Const. within the 3pm-4pm hour,without securing the crime scene,without a warrant,

Over 25 hour later,which petitioner,was not at 2412 grand ave Liberty,Tx and since 7pm April 18,2012,up to 5:am,now April 19,2012,petitioner was at Boyd Racing,L.L.C.CASINO,so when the fabricated ,by fraud, warrant was suppose to be signed,at *8:30pm April 18,2012,petitioner,nor the  Black Tahoe,was not at 2412 gr:and,nor petitioner, Petitioner is innocence,when petitioner returned back,which they got my brother to state our father had a dr.visit,at dr.Dark for April 19,2012 09:am,which petitioner was intended to stay intil the weekend ended,SchlupV.Delo,u.s.298 ,115S.Ct.851(1995), House V.Bell,547 u.s.518,126 S.Ct.2064,(2006)petitioner request a contempt of court,not only is this affidavit dated April 18,2012,signed at 8:30 is fraud,each paragraph's#3,#4,#5,#6 made with a reckless disreguard for the truth,the (ci) is fabricated,fraud,it was a conspiracy,to leave the time out ofwhen the crack cocaine purchase happen ,2 Wayne Lafave,search and seizure § 3.7(A) At 375-76(4th ed.2004),United States V.BUtton,653 F.2d 319,324-25,Petitioner not arrested at 8:30pm,4/18/2012,not inside Texas, nor 2412 grand ave ,Liberty,Tx,nor the truck, since 7pm,was  at Boyd Racing,L.L.C.AT VINTON,LA,INTIL april 19,2012,5:am,there is a over 5

3OF 6

FILED AUG 10, 2015 am, 4 OF 6 PGS, DOCUMENT # 3, 18,957

GAp before Cain signed at *8:30pm April 18,2012,but petitioner not in Texas ,State V.Barnett,788 s.w.2d 572,Vale v.Louisiana,399 u.s.30,90 S.Ct. 1969,26 L.Ed.2d 409(1970),Stoner V.California,376 u.s.483,84 s.ct.889( 1964),Arizona V.Gant 556 u.s.129 S.Ct.1710,173 L.Ed.2d 485(2009),if they 19 month later,claim they had an Arrest warrant,petitioner arrested,the next date,after petitioner returned back to Texas,arrested at FM 160 @ Corimer st.Ames,Tx,outside the truck,they had no reason to search the truck,take my money,2 phones,records from casino,no drugs found,no mark )Bills found at the stop at CORMIER ST.April 19,2012,they had no right to take petitioner (4) miles back to Liberty,Tx,to 2412 grand ave Liberty, tx,truck unloaded at side street,no chain of custody done before,Fairchild get inside truck,drive into inside yard,no chain of custody done at Cormier st.Ames,TX ,before taken to 2412 grand,

But there was no chain of custody done April 18,2012 at 8:30pm which i petitioner,not inside Texas,and since, 7PM April 18,2012,up to April 19, 2012,5:am at Vinton,LA,,at BOYD Racing,L.L.C.,NOTHING Mention of when petitioner arrest for possession on April 18,2012,which is false,petitioner, can't be in two place at one time,Cassimr V.State719 s.w.2d 585,590, Heredia V.State,supra,it is facts that show the State of Texas performed BROKEN,AND INterrupted course of Action,including,obtaining information without a search warrant within 3pm-4pm hour April 18,2012,4th,14th amendment violation,by malice,then denied petitioner this fictitious, nonexistent person,which would be at both times 3pm-4pm,4/18/2012,and at 8:30pm,4/18/2012 when petitioner was out of State,from 7pm,4/18/2012 up to April 19,2012 5:am,now,the next day.This is the official cover-up as in Christopher V.Harbury,536 u.s.403,414,416 N.13,122 S.Ct.2179(2002) They knew they could unlawfully convict petitioner,send to TDCJ-ID, WHERE petitioner's outgoing mail stolen,delayed,promoted by the state and federal,court of criminanal appeals court,at Austin,Tx,They in an onging conspiracy,to obstruct justice,to impede,so Boyd Racing,L.L.C. CASINO, WILL destroy the security camera footage for April 18,2012,up to April 19, 2012,5:am

I,J.Loften,declare,state,verify,under penalty of perjury,that the above affidavit in order fora a contempt and default judgement,be entered against the State of Texas,Liberty County Judiciary,attorney LOGAN PICKETT, J.Warren,M.Poston, S.C.Taylor,in No.18,957 conviction at 75th district court in Liberty,Tx linked to cr 29858,nov 21,2013,aRT.11.07 FILED may06, 2015 am,petitioner is 1of sound mind,capable of making this affidavit,an above the age of 21 year of age,

Petitioner declare,the above placed in prison mail,on this 10th day of

4 OF 6

Aug 2015 am,address to Both:

Supreme Court BUILDING,201 west 14th st,Rm 106,AUSTIN,tx 78701;and

Donna G.Brown,1923 sam houston,Rm 115 Liberty,Tx 77575

Date Aug 06,2015 am

James Eric Loften

## notice

Petitioner gives this court  Justice Sharon Keller,L.E.Meyers,C.Johnson, M.Keasler,B.P.Hervey,E.Alcala,B.Richardson, K.P.Yeary,D.Newell,on July 21, 2015,mr Abel Acosta,out of malice,returned my amended petition to NO. 18,957,WITHOUT RETURNING my envelope,with the stamps i provided  for postage,my petiton,Art.11.07 was returned in error,

IF this court,do not return,my postage,so my Amended petition canbe considered i am going to sue this court,i did not waste my time,stampes,paper for nothing,my Art.11.07 was filed  MAY06,2015AM, to the district clek,they refuse to file it,my amended complaint,was filed to this court,i am within the rules,

I,Also give notice,my ART.11.08 FILED April01,2015 am no response from district court,This court has been place on notice once more,my mail is being tampered with.

DOcument #1. WAS ARt. 11.07 Filed MAY 06, 2015.
DOcument #2 WAS MY Amended And SuppLemental Complaint Filed July 14, 2015 Am.
THere IS A ReveRSe Side to PAge 7

THE Above. WITH PAGe 6 IS TRUE AND CORRect UNDeR PeNALHy oF PeRJURY, 28 U.S.C. 1746, mAiled U.S. mAil to Both DISTRict CouRt At LibeRty, TX 77575 TO DONNA 6 BROWN, 1923 SAm HouSton Rm 115 Liberty, TX, ANd to CouRt OF CRimiNAl APPeALS, Abel AccSta, 201 West St. Rm 106, AUSTIN TX 78701, AUG 10, 2015

5 OF 6